Ja Vonne M. Phillips, Esq. SBN 187474
Brielyn Sesko, Esq. SBN 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Robert Gordon Campbell and Giselle Jennifer Walker,<br><br>　　　　Debtors.<br>_____<br>Aurora Loan Services, LLC, Secured Creditor, its assignees and/or successors in interest,<br><br>　　　Secured Creditor,<br><br>　v.<br><br>Robert Gordon Campbell and Giselle Jennifer Walker,<br>Debtors; and David Burchard, Trustee<br><br>　　　Respondents.<br>_____ | Case No. 10-10631 J<br><br>RS No.: CMS-4883<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF MOVANT, OBJECTION TO CONFIRMATION OF PLAN**<br><br>ORIGINAL HEARING<br>Date:　5/17/2010<br>Time:　1:30 PM<br>Place:　99 South E Street<br>　　　　Santa Rosa CA<br><br>CONTINUED HEARING<br>Date:　12/20/2010<br>Time:　1:30 PM |

　　　TO: THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

///

1

PLEASE TAKE NOTICE that Movant, Aurora Loan Services LLC, hereby withdraws its Objection to Confirmation of Plan filed in the above-entitled Court on 4/9/2010, and scheduled for hearing on 12/20/2010 at 1:30 PM.

Dated: 11/24/2010            McCarthy & Holthus, LLP

By: /s/ Brielyn Sesko, Esq.
     Brielyn Sesko, Esq.
     Attorney for Secured Creditor,
     Aurora Loan Services, LLC

2

File No.: CA-10-24366
Withdrawal of Objection
Case: 10-10631    Doc# 41    Filed: 11/24/10    Entered: 11/24/10 21:56:05    Page 2 of 3

# CERTIFICATE OF SERVICE

      On 11/24/2010, I served the foregoing **NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Robert Gordon Campbell
17320 Keaton Avenue
Sonoma, CA 95476

Giselle Jennifer Walker
17320 Keaton Avenue
Sonoma, CA 95476

DEBTORS COUNSEL
David N. Chandler, Jr.
1747 4th Street
Santa Rosa, CA 95404

SPECIAL NOTICES
Recovery Management Systems Corporation
25 S.E. 2nd Avenue
Ingraham Building Suite 1120
Miami, FL 33131

Specialized Loan Servicing, LLC c/o Polk, Prober
& Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Wells Fargo Bank, National Association
21680 Gateway Center Drive Suite 280
Diamond Bar, CA 91765

TRUSTEE
David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404


**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                            /s/ Hue Banh
                                            Hue Banh